✎AO 245H    (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | **(For a Petty Offense)** — Short Form |
| TATE, TERRANAY L | CM/ECF Case No. 4:26-PO-00090-AGH |
| 113B ARROWHEAD RD | Case No.  GM1  E2536257 & E2536258 |
| | USM No. |
| FORT BENNING, GA 31905 | |

Defendant's Attorney

**THE DEFENDANT:** TATE, TERRANAY L

☑ **THE DEFENDANT** pleaded guilty to count(s)    2 (E2536257)

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA 40-2-8 | EXPIRED REGISTRATION | 12/03/2025 | 1 |
| OCGA 40-6-181 | EXCESSIVE SPEED 56/45 | 12/03/2025 | 2 |

☑ Count(s)  1 (E2536258)  ☑ is  ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $140.00 | $ 10.00 | $ 100.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.:  0744

Defendant's Year of Birth:  1999

City and State of Defendant's Residence:
FORT BENNING, GA

06/02/2026
Date of Imposition of Judgment

*Amelia G. Helmick*
Signature of Judge

Amy G. Helmick, US Magistrate Judge
Name and Title of Judge

06/02/2026
Date